**COLIN M. RUBICH**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. N., Ste. 3200
Billings, MT 59101
Phone: (406) 247-4684
Fax: (406) 657-6989
E-mail: Colin.Rubich@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
JUL 17 2025
Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 25- 80 -BLG-SPW |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES** (Count 1) Title 21 U.S.C. §§ 846; 851 |
| DENNIS PATRICK CODY and SCOTT THOMAS HALL, | (*Penalty for Dennis Patrick Cody*: Methamphetamine: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release; and Fentanyl: Mandatory minimum five years to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release) |
| Defendants. | (*Penalty for Scott Thomas Hall*: Methamphetamine: 30 years of imprisonment, $2,000,000 fine, and at least six years of supervised release; and Fentanyl: Mandatory minimum ten years to life imprisonment, $8,000,000 fine, and at least eight years of supervised release) |

1

|  | **POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES** (Count 2) Title 21 U.S.C. §§ 841(a)(1); 851 Title 18 U.S.C. § 2 (*Penalty for Dennis Patrick Cody*: Methamphetamine: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release; and Fentanyl: Mandatory minimum five years to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release) (*Penalty for Scott Thomas Hall*: Methamphetamine: 30 years of imprisonment, $2,000,000 fine, and at least six years of supervised release; and Fentanyl: Mandatory minimum ten years to life imprisonment, $8,000,000 fine, and at least eight years of supervised release) **PROHIBITED PERSON IN POSSESSION OF A FIREARM AND AMMUNITION** (Count 3) Title 18 U.S.C. § 922(g)(1) (Penalty: 15 years of imprisonment, $250,000 fine, and three years of supervised release) **CRIMINAL FORFEITURE** Title 21 U.S.C. § 853(a)(1) and (2) Title 21 U.S.C. § 881(a)(11) Title 18 U.S.C. § 924(d) **TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS** |

THE GRAND JURY CHARGES:

2

## COUNT 1

That beginning on or about October 1, 2023, and continuing until on or about April 9, 2024, at Billings, within Yellowstone County, in the State and District of Montana, and elsewhere, the defendants, DENNIS PATRICK CODY and SCOTT THOMAS HALL, knowingly and unlawfully conspired and agreed with each other, and with other persons, both known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

The Grand Jury finds that DENNIS PATRICK CODY conspired to possess with intent to distribute 50 grams or more of actual methamphetamine.

The Grand Jury finds that DENNIS PATRICK CODY and SCOTT THOMAS HALL conspired to possess with the intent to distribute 40 grams or more of a substance containing a detectable amount of fentanyl.

Before the defendant, SCOTT THOMAS HALL, committed the offense charged in count 1 of this indictment, SCOTT THOMAS HALL had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 841(a)(1) for which he served more than 12 months of imprisonment, and for

which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT 2

That beginning on or about October 1, 2023, and continuing until on or about April 9, 2024, at Billings, within Yellowstone County, in the State and District of Montana, and elsewhere, the defendants, DENNIS PATRICK CODY and SCOTT THOMAS HALL, knowingly and unlawfully possessed, with the intent to distribute a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), and a substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), and aided and abetted the same, in violation of 18 U.S.C. § 2.

The Grand Jury finds that DENNIS PATRICK CODY possessed with the intent to distribute 50 grams or more of actual methamphetamine.

The Grand Jury finds that DENNIS PATRICK CODY and SCOTT THOMAS HALL possessed with the intent to distribute 40 grams or more of a substance containing a detectable amount of fentanyl.

Before the defendant, SCOTT THOMAS HALL, committed the offense charged in count 2 of this indictment, SCOTT THOMAS HALL had a final

conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 841(a)(1) for which he served more than 12 months of imprisonment, and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT 3

That on or about April 9, 2025, at Billings, within Yellowstone County, in the State and District of Montana, the defendant, SCOTT THOMAS HALL, knowing he had been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS

Upon conviction of any offense set forth in counts 1 and 2 of this indictment, the defendants, DENNIS PATRICK CODY and SCOTT THOMAS HALL, shall forfeit, pursuant to 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense; and, (3) any firearm used and intended to be used to facilitate the transportation, sale, receipt, possession, and concealment of controlled substances and any proceeds traceable to such property.

Upon conviction of the offense set forth in count 3 of this indictment, the defendant, SCOTT THOMAS HALL, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney